B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>District of Nevada | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**BELL FURNITURE, INC.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA RENO GALLERY OF FURNITURE; DBA MATTRESS WORLD; DBA RENO GALLERY OF FURNITURE SUPERSTORE** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**88-0218160** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3405 KIETZKE LANE<br>RENO, NV**<br>ZIP Code **89502** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**WASHOE** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**   *** ALAN R. SMITH, ESQ. SBN 1449 ***   THIS SPACE IS FOR COURT USE ONLY
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                                                    Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**BELL FURNITURE, INC.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)              (Date) |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br>_____<br>(Address of landlord)<br><br>☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(4/10)                                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **BELL FURNITURE, INC.** |

**Signatures**

## Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

## Signature of Attorney*

**X  /s/ ALAN R. SMITH, ESQ.**
Signature of Attorney for Debtor(s)

**ALAN R. SMITH, ESQ. SBN 1449**
Printed Name of Attorney for Debtor(s)

**THE LAW OFFICES OF ALAN R. SMITH**
Firm Name

**505 RIDGE STREET**
**RENO, NV 89501-1719**

_____
Address

**Email: mail@asmithlaw.com**
**(775) 786-4579  Fax: (775) 786-3066**
Telephone Number

**September 27, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

## Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ MARK BELL**
Signature of Authorized Individual

**MARK BELL**
Printed Name of Authorized Individual

**PRESIDENT**
Title of Authorized Individual

**September 27, 2010**
Date

## Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

## Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re  **BELL FURNITURE, INC.**

Debtor(s)

Case No. _____

Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| BELL, CLAUDIA AND RICHARD 4095 RIO POCO RENO, NV 89502 | BELL, CLAUDIA AND RICHARD 4095 RIO POCO RENO, NV 89502 | LOANS TO CORPORATION | | 281,485.50 |
| WASHBURN PROPERTIES MARGOT H. WASHBURN 2486 VALLECITOS COURT LA JOLLA, CA 92037 | WASHBURN PROPERTIES MARGOT H. WASHBURN 2486 VALLECITOS COURT LA JOLLA, CA 92037 | LEASE DELINQUENCY THROUGH 9/2010, PLUS REAL PROPERTY TAXES AND SEWER ASSESSMENTS | | 277,056.36 |
| PANOS, GUS 2500 BRIDAL PATH CIR. GILROY, CA 95020-9157 | PANOS, GUS 2500 BRIDAL PATH CIR. GILROY, CA 95020-9157 | LEASE DELINQUENCY FOR 3405 KIETZKE LANE (PROM. NOTE) | | 186,147.01 |
| BELL, MARK 735 ICARUS RENO, NV 89512 | BELL, MARK 735 ICARUS RENO, NV 89512 | LOANS MADE TO CORPORATION | | 147,775.77 |
| AT&T ADVERTISING PO BOX 989046 WEST SACRAMENTO, CA 95798-9046 | AT&T ADVERTISING PO BOX 989046 WEST SACRAMENTO, CA 95798-9046 | GOODS/SERVICES | | 136,524.97 |
| WWIII CREATIVE SVC 2060 SCHARR CIR. RENO, NV 89509 | WWIII CREATIVE SVC 2060 SCHARR CIR. RENO, NV 89509 | GOODS/SERVICES | | 52,219.55 |
| BELL, RICHARD 4095 RIO POCO RENO, NV 89502 | BELL, RICHARD 4095 RIO POCO RENO, NV 89502 | UNPAID WAGES | | 50,675.00 |
| BELL, CLAUDIA 4095 RIO POCO RENO, NV 89502 | BELL, CLAUDIA 4095 RIO POCO RENO, NV 89502 | UNPAID WAGES | | 50,675.00 |
| BANK OF AMERICA PO BOX 30750 LOS ANGELES, CA 90030-0750 | BANK OF AMERICA PO BOX 30750 LOS ANGELES, CA 90030-0750 | LINE OF CREDIT (GOODS/SERVICES) | | 50,100.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re    **BELL FURNITURE, INC.**                                    Case No. _____

_____
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| SIMMONS MANUFACTURING CO.<br>PO BOX 945655<br>ATLANTA, GA 30394-5655 | SIMMONS MANUFACTURING CO.<br>PO BOX 945655<br>ATLANTA, GA 30394-5655 | GOODS/SERVICES | | 47,763.20 |
| BELL, MARK<br>735 ICARUS<br>RENO, NV 89512 | BELL, MARK<br>735 ICARUS<br>RENO, NV 89512 | UNPAID WAGES | | 42,743.68 |
| YESCO<br>PO BOX 11676<br>TACOMA, WA 98411-6676 | YESCO<br>PO BOX 11676<br>TACOMA, WA 98411-6676 | GOODS/SERVICES (LEASED SIGNAGE) | | 38,382.00 |
| NATURA WORLD INC<br>ONE NATURA WAY<br>CAMBRIDGE, ON. N3C 0A4 | NATURA WORLD INC<br>ONE NATURA WAY<br>CAMBRIDGE, ON. N3C 0A4 | GOODS/SERVICES | | 37,694.00 |
| WELLS FARGO BANK BUSINESSLINE<br>PO BOX 54349<br>LOS ANGELES, CA 90054-0349 | WELLS FARGO BANK BUSINESSLINE<br>PO BOX 54349<br>LOS ANGELES, CA 90054-0349 | LOAN/GOODS/SERVICES | | 35,306.38 |
| OFFICE DEPOT VISA CARDHOLDER SERVICES<br>PO BOX 94014<br>PALATINE, IL 60094-4014 | OFFICE DEPOT VISA CARDHOLDER SERVICES<br>PO BOX 94014<br>PALATINE, IL 60094-4014 | ADD'L ACCT. ENDING 2378 GOODS/SERVICES | | 29,945.00 |
| CARDMEMBER SERVICES<br>PO BOX 94014<br>PALATINE, IL 60094-4014 | CARDMEMBER SERVICES<br>PO BOX 94014<br>PALATINE, IL 60094-4014 | GOODS/SERVICES | | 29,941.69 |
| TEAK WEST COLLECTIONS LLC<br>3435 RIDGECREST DR<br>RENO, NV 89512-1443 | TEAK WEST COLLECTIONS LLC<br>3435 RIDGECREST DR<br>RENO, NV 89512-1443 | GOODS/SERVICES | | 28,023.00 |
| BANK OF AMERICA<br>PO BOX 15019<br>WILMINGTON, DE 19886-5102 | BANK OF AMERICA<br>PO BOX 15019<br>WILMINGTON, DE 19886-5102 | GOODS/SERVICES | | 28,000.00 |
| MBNA MC<br>BANK OF AMERICA<br>PO BOX 15019<br>WILMINGTON, DE 19850-5019 | MBNA MC<br>BANK OF AMERICA<br>PO BOX 15019<br>WILMINGTON, DE 19850-5019 | GOODS/SERVICES | | 27,999.58 |
| SIERRA NEVADA MEDIA GROUP<br>PO BOX 1888<br>CARSON CITY, NV 89702 | SIERRA NEVADA MEDIA GROUP<br>PO BOX 1888<br>CARSON CITY, NV 89702 | GOODS/SERVICES | | 26,014.90 |

**B4 (Official Form 4) (12/07) - Cont.**

In re    **BELL FURNITURE, INC.**                                    Case No. _____
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

　　　I, the PRESIDENT of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date   **September 27, 2010**                    Signature    **/s/ MARK BELL**
                                                            **MARK BELL**
                                                            **PRESIDENT**


*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re  **BELL FURNITURE, INC.**
                                                                        ,
                              Debtor

Case No. _____

Chapter _____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 544,230.51 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 64,022.10 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 35,175.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 26 | | 2,084,729.01 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 36 | | | |
| Total Assets | | | 544,230.51 | | |
| Total Liabilities | | | | 2,183,926.11 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## District of Nevada

In re  **BELL FURNITURE, INC.**

Debtor

Case No. _____

Chapter_____**11**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re   **BELL FURNITURE, INC.**                                    ,      Case No. _____
                                           Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  | | | Sub-Total >   **0.00** | (Total of this page) |
|  | | | Total >   **0.00** | |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re  **BELL FURNITURE, INC.**                                         ,    Case No. _____
                                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | CASH IN REGISTERS ON 9/27/10:  KIETZKE ($191); MATTRESS WORLD KIETZKE ($54.57); MATTRESS WORLD STEAMBOAT ($82.52); MOANA ($346) | - | 674.09 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | BANK OF AMERICA XXXX0312 (BAL. AT 9/27/10) | - | 6,430.94 |
| | | | BANK OF AMERICA ACCT. XXXX0312 | - | 1,882.50 |
| | | | U.S. BANK ACCT. XXXXXX9239 (BAL. AT 9/27/10) | - | 1,439.52 |
| | | | UMPQUA BANK (FORMERLY NEVADA SECURITY BANK) PAYROLL ACCT. XXXXX0453 | - | 4,228.28 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >        **14,655.33**
(Total of this page)

___3___   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **BELL FURNITURE, INC.** ,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **NORTHSTAR (BOOTH CREEK SKI HOLDINGS), 11025 PIONEER TRAIL, STE. 100, TRUCKEE CA 96161** | - | 3,112.18 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total > 3,112.18
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **BELL FURNITURE, INC.**                                  ,     Case No. _____

                                             Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2006 CHEVROLET SILVERADO (2WD) VIN 3GCEC14X46G260397 | - | 5,000.00 |
| | | 2007 CHEVROLET SILVERADO PICKUP (4WD) VIN 3GCEK14X47G257133 | - | 6,000.00 |
| | | 2007 FORD E450 VAN VIN 1FDXE45S67DA61112 | - | 9,000.00 |
| | | 1996 HONDA ACCORD | - | 2,000.00 |
| | | 1999 FORD BOX VAN | - | 1,500.00 |
| | | 2000 HONDA ACCORD | - | 3,500.00 |
| | | 2000 BUICK PARK AVENUE | - | 3,500.00 |
| | | 2003 FORD BOX VAN MD3 | - | 4,000.00 |
| | | 2003 FORD BOX VAN DO3 | - | 4,000.00 |
| | | 2003 CHEVROLET SUBURBAN | - | 8,500.00 |
| | | 2005 FORD BOX VAN D05 | - | 6,000.00 |
| | | 2006 FORD BOX VAN LCF D06 | - | 8,000.00 |

                                        Sub-Total >       **61,000.00**
                                        (Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **BELL FURNITURE, INC.**_____,   Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 2007 12' DUMP TRAILER | - | 1,500.00 |
| | | 2005 HONDA PILOT, TITLED TO CLAUDIA BELL; EQUITABLE INTEREST OF BELL FURNITURE | - | 10,000.00 |
| | | 1986 CHEVROLET 4WD PICKUP WITH SNOW PLOW (TITLED TO THIRD PARTY) | - | 2,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | 13 COMPUTERS ($3,250); 6 PRINTERS/FAXES ($300); DESKS, FILE CABINETS. CHAIRS (COMBINED VALUE $500) | - | 4,050.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | OUTDOOR TENTS X 2 ($1,000); TOOLS ($1,000); PHONE SYSTEMS (MOANA $500; KIETZKE $500); ALARM SYSTEMS (VARIOUS STORE LOCATIONS $800) | - | 3,800.00 |
| 30. Inventory. | | MATTRESS WORLD 1 - 3375 KIETZKE LANE, RENO, NV | - | 30,523.00 |
| | | MATRESS WORLD 2, 1151 STEAMBOAT PARKWAY, RENO, NV | - | 27,740.00 |
| | | RENO GALLERY OF FURNITURE SHOWROOM, 115 E. MOANA LANE, RENO, NV | - | 126,573.00 |
| | | RENO GALLERY OF FURNITURE WAREHOUSE, 115 E. MOANA LANE, RENO, NV | - | 45,112.00 |
| | | RENO GALLERY OF FURNITURE, 3405 KIETZKE LANE, RENO, NV | - | 213,665.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 465,463.00 |
| (Total of this page) | |
| Total > | 544,230.51 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re **BELL FURNITURE, INC.**                                                      Case No. _____

_____,
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. **42285795**<br><br>**FORD MOTOR CREDIT**<br>**PO BOX 790093**<br>**SAINT LOUIS, MO 63179-0093** | | - | | | **2007**<br><br>**Purchase Money Security**<br><br>**2007 FORD E450 VAN VIN 1FDXE45S67DA61112** | | | | | |
| | | | | | Value $        **9,000.00** | | | | **3,036.24** | **0.00** |
| Account No. **024-9098-88463**<br><br>**GMAC**<br>**PO BOX 9001948**<br>**LOUISVILLE, KY 40290-1948** | | - | | | **2006**<br><br>**Purchase Money Security**<br><br>**2006 CHEVROLET SILVERADO (2WD) VIN 3GCEC14X46G260397** | | | | | |
| | | | | | Value $        **5,000.00** | | | | **3,613.03** | **0.00** |
| Account No. **024-9102-55236**<br><br>**GMAC**<br>**PO BOX 9001948**<br>**LOUISVILLE, KY 40290-1948** | | - | | | **2007**<br><br>**Purchase Money Security**<br><br>**2007 CHEVROLET SILVERADO PICKUP (4WD) VIN 3GCEK14X47G257133** | | | | | |
| | | | | | Value $        **6,000.00** | | | | **7,571.00** | **1,571.00** |
| Account No. **00000042**<br><br>**U.S. BANK**<br>**COMMERCIAL LOAN**<br>**PO BOX 790401**<br>**SAINT LOUIS, MO 63179-0401** | X | - | | | **2/22/2006**<br><br>**Non-Purchase Money Security**<br><br>**ASSETS OF THE DEBTOR EXCL. VEHICLES** | | | | | |
| | | | | | Value $      **451,453.00** | | | | **49,801.83** | **0.00** |
| **0**    continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | | | **64,022.10** | **1,571.00** |
| | | | | | Total<br>(Report on Summary of Schedules) | | | | **64,022.10** | **1,571.00** |

B6E (Official Form 6E) (4/10)

.

In re    **BELL FURNITURE, INC.**                                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**1**_____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re     **BELL FURNITURE, INC.**                                                ,     Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **BELL, CLAUDIA** <br> **4095 RIO POCO** <br> **RENO, NV 89502** | - | | 3/2010-9/2010 <br><br> **UNPAID WAGES** | | | | <br><br> **11,725.00** | 0.00 <br><br> **11,725.00** |
| Account No. <br><br> **BELL, MARK** <br> **735 ICARUS** <br> **RENO, NV 89512** | - | | 3/2010-9/2010 <br><br> **UNPAID WAGES** | | | | <br><br> **11,725.00** | 0.00 <br><br> **11,725.00** |
| Account No. <br><br> **BELL, RICHARD** <br> **4095 RIO POCO** <br> **RENO, NV 89502** | - | | 3/2010-9/2010 <br><br> **UNPAID WAGES** | | | | <br><br> **11,725.00** | 0.00 <br><br> **11,725.00** |
| Account No. <br><br><br><br> | | | | | | | | |
| Account No. <br><br><br><br> | | | | | | | | |

Sheet **1** of **1** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | **35,175.00** | **35,175.00** |
| Total | 0.00 | |
| (Report on Summary of Schedules) | **35,175.00** | **35,175.00** |

B6F (Official Form 6F) (12/07)

In re    **BELL FURNITURE, INC.**                                     ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | |
| Account No. 3825229<br><br>**7-C FURNITURE OF NO. CAL**<br>**1957 RAILROAD DR**<br>**SACRAMENTO, CA 95815** | - | | | 7/2010<br>**GOODS/SERVICES** | | | | 3,476.55 |
| Account No. 0283<br><br>**96.3 JACK FM KAJK**<br>**PO BOX 270478**<br>**SUSANVILLE, CA 96127** | | | | 08/01/10<br>**GOODS/SERVICES** | | | | 700.00 |
| Account No. RENFG<br><br>**AB TRANSFER**<br>**1260 E. PHILLIPS BLVD**<br>**POMONA, CA 91769** | - | | | 2/6/2009<br>**GOODS/SERVICES** | | | | 1,745.52 |
| Account No. RENO10<br><br>**ACCESSORIES BY SHERWOOD**<br>**25272 LEER DR**<br>**ELKHART, IN 46514** | - | | | 10/20/09<br>**GOODS/SERVICES** | | | | 500.00 |

___25___ continuation sheets attached

|  | Subtotal<br>(Total of this page) | 6,422.07 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re   **BELL FURNITURE, INC.** ,                               Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No.<br><br>AISHNI HOME FURNISHINGS<br>2407 ROSEMEAD BLVD<br>SOUTH EL MONTE, CA 91733 | - | | | | 1/23/2008<br>GOODS/SERVICES | | | | 800.00 |
| Account No. **2680**<br><br>ALLEGRA PRINT AND IMAGING<br>5301 LONGLEY LANE<br>SUITE 47<br>RENO, NV 89511 | - | | | | 2/16/2007<br>GOODS/SERVICES | | | | 1,645.81 |
| Account No. **8103048888-00800-85**<br><br>AT&T ADVERTISING<br>PO BOX 989046<br>WEST SACRAMENTO, CA 95798-9046 | | | | | 2/24/09<br>GOODS/SERVICES | | | | 9,413.83 |
| Account No.<br><br>ROBERT A. KUMIN P.C.<br>6901 SHAWNEE MISSION PARKWAY<br>SUITE 250<br>MISSION, KS 66202 | | | | | Representing:<br>AT&T ADVERTISING | | | | Notice Only |
| Account No. **8103048888-00000-5**<br><br>AT&T ADVERTISING<br>PO BOX 989046<br>WEST SACRAMENTO, CA 95798-9046 | - | | | | 2010<br>GOODS/SERVICES | | | | 136,524.97 |

Sheet no. __1___ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

148,384.61

B6F (Official Form 6F) (12/07) - Cont.

In re  **BELL FURNITURE, INC.** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**ROBERT A. KUMIN P.C.**<br>**6901 SHAWNEE MISSION PARKWAY**<br>**SUITE 250**<br>**MISSION, KS 66202** | | | Representing:<br>AT&T ADVERTISING | | | | **Notice Only** |
| Account No. **8103048888-00004**<br><br>**AT&T ADVERTISING**<br>**PO BOX 989046**<br>**WEST SACRAMENTO, CA 95798-9046** | | - | 7/2010<br>GOODS/SERVICES | | | | **1,157.00** |
| Account No. **8222426899-00000-6**<br><br>**AT&T ADVERTISING SOLUTIONS**<br>**PO BOX 989046**<br>**WEST SACRAMENTO, CA 95798-9046** | | - | 12/1/2008<br>GOODS/SERVICES | | | | **14,738.06** |
| Account No.<br><br>**FOCUS RECEIVABLES MGMT GROUP**<br>**1130 NORTHCASE PARKWAY**<br>**SUITE 150**<br>**MARIETTA, GA 30067** | | | Representing:<br>AT&T ADVERTISING SOLUTIONS | | | | **Notice Only** |
| Account No. **6818-0212-656399**<br><br>**BANK OF AMERICA**<br>**PO BOX 30750**<br>**LOS ANGELES, CA 90030-0750** | | - | 1/2/98-2009<br>LINE OF CREDIT (GOODS/SERVICES) | | | | **50,100.00** |

Sheet no. __2___ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**65,995.06**

B6F (Official Form 6F) (12/07) - Cont.

In re   **BELL FURNITURE, INC.**                                                    ,          Case No. _____

                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5490-9913-0100-8583** | | | | | 2009-10 GOODS/SERVICES | | | | |
| **BANK OF AMERICA** **PO BOX 15019** **WILMINGTON, DE 19886-5102** | - | | | | | | | | 28,000.00 |
| Account No. **4024-4910-0003-0747** | | | | | 2009-10 GOODS/SERVICES | | | | |
| **BANK OF AMERICA** **PO BOX 15710** **WILMINGTON, DE 19886-5710** | - | | | | | | | | 7,864.00 |
| Account No. **4024-4980-0001-8515** | | | | | 2009/10 GOODS/SERVICES | | | | |
| **BANK OF AMERICA** **PO BOX 15731** **WILMINGTON, DE 19886-5731** | - | | | | | | | | 3,903.00 |
| Account No. **5490-9901-6800-9981** | | | | | 2009/10 GOODS/SERVICES | | | | |
| **BANK OF AMERICA MC** **PO BOX 301200** **LOS ANGELES, CA 90030-1200** | - | | | | | | | | 19,383.00 |
| Account No. **5490-3547-2253-0844** | | | | | 2009/10 GOODS/SERVICES | | | | |
| **BANK OF AMERICA MC** **PO BOX 301200** **LOS ANGELES, CA 90030-1200** | - | | | | | | | | 3,738.00 |

Sheet no. __3___ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 62,888.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **BELL FURNITURE, INC.**                                                    ,    Case No. _____
_____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **4246-3151-4170-5127**<br><br>**BANKCARD SERVICES**<br>**PO BOX 94014**<br>**PALATINE, IL 60094-4014** | | - | | **2009-10**<br>**GOODS/SERVICES** | | | | 14,103.07 |
| Account No.<br><br>**BELL, CLAUDIA**<br>**4095 RIO POCO**<br>**RENO, NV 89502** | | - | | **CREDIT CARD MERCHANT TRANSACTION OWED FROM VACATION RENTALS** | | | | 22,348.62 |
| Account No.<br><br>**BELL, CLAUDIA**<br>**4095 RIO POCO**<br>**RENO, NV 89502** | | - | | **UNPAID WAGES** | | | | 50,675.00 |
| Account No.<br><br>**BELL, CLAUDIA AND RICHARD**<br>**4095 RIO POCO**<br>**RENO, NV 89502** | | - | | **LOANS TO CORPORATION** | | | | 281,485.50 |
| Account No.<br><br>**BELL, MARK**<br>**735 ICARUS**<br>**RENO, NV 89512** | | - | | **CREDIT CARD MERCHANT TRANSACTION OWED FROM VACATION RENTALS** | | | | 20,187.22 |

Sheet no. __4__ of __25__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **388,799.41**

B6F (Official Form 6F) (12/07) - Cont.

In re __BELL FURNITURE, INC._____,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | - | | LOANS MADE TO CORPORATION | | | | |
| BELL, MARK 735 ICARUS RENO, NV 89512 | | | | | | | | | 147,775.77 |
| Account No. | | | - | | UNPAID WAGES | | | | |
| BELL, MARK 735 ICARUS RENO, NV 89512 | | | | | | | | | 42,743.68 |
| Account No. | | | - | | UNPAID WAGES | | | | |
| BELL, RICHARD 4095 RIO POCO RENO, NV 89502 | | | | | | | | | 50,675.00 |
| Account No. RENGAL | | | - | | 02/12/10 GOODS/SERVICES | | | | |
| BELLA FURNITURE 6857 SUVA STREET BELL GARDENS, CA 90201 | | | | | | | | | 3,420.00 |
| Account No. C5019711 | | | - | | 06/09/2009 GOODS/SERVICES | | | | |
| C.H. ROBINSON WORLDWIDE, INC. 700 SMITHRIDGE DRIVE SUITE 201A & 202A RENO, NV 89502-3558 | | | | | | | | | 515.00 |

Sheet no. __5___ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

245,129.45

B6F (Official Form 6F) (12/07) - Cont.

In re   **BELL FURNITURE, INC.**                                    ,   Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **RECEIVABLES CONTROL CORPORATION** PO BOX 9658 MINNEAPOLIS, MN 55440-9658 | | | Representing: **C.H. ROBINSON WORLDWIDE, INC.** | | | | **Notice Only** |
| Account No. 7758252299 **CAMBRIDGE COLLECTION** 3089 SOUTH 300 WEST SALT LAKE CITY, UT 84115 | | - | 02/2010 GOODS/SERVICES | | | | 685.58 |
| Account No. 4802-1370-9954-5743 **CAPITAL ONE BANK** PO BOX 60599 CITY OF INDUSTRY, CA 91716-0599 | | - | 2009-10 GOODS/SERVICES | | | | 6,853.13 |
| Account No. 4312-2810-0043-2360 **CARDMEMBER SERVICES** PO BOX 94014 PALATINE, IL 60094-4014 | | - | 2009-10 GOODS/SERVICES | | | | 29,941.69 |
| Account No. 4332-3762-0001-2107 **CHASE AAA VISA CARDMEMBER SERVICES** PO BOX 94014 PALATINE, IL 60094-4014 | | - | 2009-10 GOODS/SERVICES | | | | 13,478.00 |

Sheet no. __6___ of __25__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **50,958.40**

B6F (Official Form 6F) (12/07) - Cont.

In re   **BELL FURNITURE, INC.**                                    ,         Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **5179-4546-0001-0642**<br><br>**CHASE MASTERCARD**<br>**CARDMEMBER SERVICES**<br>**PO BOX 94014**<br>**PALATINE, IL 60094-4014** | - | | | **2009/10**<br>**GOODS/SERVICES** | | | | **6,605.49** |
| Account No. **4417-1630-2315-9473**<br><br>**CHASE SOUTHWEST CARD**<br>**CARDMEMBER SERVICES**<br>**PO BOX 94014**<br>**PALATINE, IL 60094-4014** | - | | | **2009/10**<br>**GOODS/SERVICES** | | | | **4,978.00** |
| Account No. **4417-1229-6200-4348**<br><br>**CHASE VISA**<br>**CARDMEMBER SERVICES**<br>**PO BOX 94014**<br>**PALATINE, IL 60094-4014** | - | | | **2009/10**<br>**GOODS/SERVICES** | | | | **17,656.00** |
| Account No. **53444**<br><br>**CHERRY CREEK RADIO, LLC**<br>**PO BOX 11101**<br>**ZEPHYR COVE, NV 89448** | - | | | **09/2009-08/02/10**<br>**GOODS/SERVICES** | | | | **5,380.00** |
| Account No.<br><br>**CITY OF RENO**<br>**C/O ATB SERVICES**<br>**PO BOX 26364**<br>**COLORADO SPRINGS, CO 80936** | - | | | **2010**<br>**GOODS/SERVICES** | | | | **150.00** |

Sheet no. __7__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **34,769.49**

B6F (Official Form 6F) (12/07) - Cont.

In re    **BELL FURNITURE, INC.**                                          ,        Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1754070** <br><br> **M.C.A.** <br> **17055 FRANCIS STREET** <br> **OMAHA, NE 68130** | | | Representing: <br> CITY OF RENO | | | | **Notice Only** |
| Account No. <br><br> **COAST LAMP MFG INC.** <br> **PO BOX 887** <br> **CANTON, NC 28716** | | - | 5/20/2010-08/13/10 <br> GOODS/SERVICES | | | | **850.00** |
| Account No. <br><br> **COMMUNITY INK, INC** <br> **PO BOX 9404** <br> **TRUCKEE, CA 96162** | | - | 05/2010 <br> GOODS/SERVICES | | | | **2,277.81** |
| Account No. **001453** <br><br> **CREATIVE CO-OP** <br> **PO BOX 415000** <br> **NASHVILLE, TN 37241-5000** | | - | 10/2/09-07/26/10 <br> GOODS/SERVICES | | | | **3,136.68** |
| Account No. **44257** <br><br> **NORMAN & ASSOCIATES** <br> **1350 UNION HILL ROAD** <br> **ALPHARETTA, GA 30004-5655** | | | Representing: <br> CREATIVE CO-OP | | | | **Notice Only** |

Sheet no. __**8**___ of __**25**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **6,264.49**

B6F (Official Form 6F) (12/07) - Cont.

In re   **BELL FURNITURE, INC.**                                    ,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **CRRE2299** <br><br> **CRESTVIEW COLLECTIONS** <br> **5768 DISTRIBUTION DRIVE** <br> **MEMPHIS, TN 38141** | - | | | **12/2009-05/07/10** <br> **GOODS/SERVICES** | | | | **3,125.50** |
| Account No. **239671** <br><br> **CROSS CHECK** <br> **PO BOX 6008** <br> **PETALUMA, CA 94955-6008** | - | | | **09/29/08** <br> **GOODS/SERVICES** | | | | **368.27** |
| Account No. **23987-22714** <br><br> **QCS QUALIA COLLECTION SERVICE** <br> **PO BOX 4699** <br> **PETALUMA, CA 94955-4699** | | | | **Representing:** <br> **CROSS CHECK** | | | | **Notice Only** |
| Account No. <br><br> **DALIN ENTERPRISES** <br> **2215-B S. WENTWORTH** <br> **CHICAGO, IL 60616** | - | | | **9/2009-04/05/10** <br> **GOODS/SERVICES** | | | | **700.00** |
| Account No. **21286** <br><br> **DALYN RUG COMPANY** <br> **PO BOX 1031** <br> **DALTON, GA 30722-1031** | - | | | **6/11/2010** <br> **GOODS/SERVICES** | | | | **2,191.58** |

Sheet no. **9** of **25** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**6,385.35**

B6F (Official Form 6F) (12/07) - Cont.

In re   **BELL FURNITURE, INC.** _____,    Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **REG025 10989**  <br><br>**DECORATOR & CRAFT CORP**  <br>**428 S. ZETA**  <br>**WICHITA, KS 67207** | - | | **11/11/09-07/30/10**  <br>**GOODS/SERVICES** | | | | 1,506.23 |
| Account No. **20-REGAFU**  <br><br>**DELTA FIRE SYSTEMS, INC**  <br>**1507 SOUTH PIONEER ROAD**  <br>**PO BOX 26587**  <br>**SALT LAKE CITY, UT 84126-0587** | - | | **12/21/2009-03/23/10**  <br>**GOODS/SERVICES** | | | | 422.96 |
| Account No. **0034115**  <br><br>**DENNIS EAST INTERNATIONAL, LLC**  <br>**221 WILLOW STREET**  <br>**YARMOUTH PORT, MA 02675** | - | | **6/2010-08/01/10**  <br>**GOODS/SERVICES** | | | | 426.94 |
| Account No. **6011-0012-5882-1349**  <br><br>**DISCOVER**  <br>**PO BOX 29033**  <br>**PHOENIX, AZ 85038-9033** | - | | **2009/10**  <br>**GOODS/SERVICES** | | | | 7,276.17 |
| Account No. **E46088**  <br><br>**ECHO GLOBAL LOGISTICS, INC.**  <br>**22168 NETWORK PLACE**  <br>**CHICAGO, IL 60673-1221** | - | | **10/26/09-07/27/10**  <br>**GOODS/SERVICES** | | | | 2,300.00 |

Sheet no. __10__ of __25__ sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)

11,932.30

B6F (Official Form 6F) (12/07) - Cont.

In re  **BELL FURNITURE, INC.**                                    ,        Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**GREENSPAN & DOUGLAS**<br>**2921 E. FT. LOWELL ROAD**<br>**SUITE 113**<br>**TUCSON, AZ 85716** | | | **Representing:**<br>**ECHO GLOBAL LOGISTICS, INC.** | | | | **Notice Only** |
| Account No. **RENO8950200**<br><br>**ELITE COLECTION INC DBA**<br>**VERANDAH HOME**<br>**250 CHASTAIN ROAD**<br>**SUITE 150**<br>**KENNESAW, GA 30144** | | - | **07/10-08/01/10**<br>**GOODS/SERVICES** | | | | **1,081.26** |
| Account No. **RGF**<br><br>**ELITE/AMERICAN FURNITURE**<br>**785 EAST HARRISON STREET**<br>**CORONA, CA 92879-1350** | | - | **9/09-01/07/10**<br>**GOODS/SERVICES** | | | | **2,304.00** |
| Account No. **352799**<br><br>**EVERGREEN ENTERPRISES, INC.**<br>**PO BOX 890006**<br>**CHARLOTTE, NC 28289-0006** | | - | **10/09-08/15/10**<br>**GOODS/SERVICES** | | | | **1,875.48** |
| Account No. **1620**<br><br>**FEATHER PUBLISHING CO. INC**<br>**PO BOX B**<br>**QUINCY, CA 95971** | | - | **9/09-07/29/10**<br>**GOODS/SERVICES** | | | | **22,123.07** |

Sheet no. __11__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**27,383.81**

B6F (Official Form 6F) (12/07) - Cont.

In re   **BELL FURNITURE, INC.**                                      ,     Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **7682-0030-0033-7612** <br><br> **FIRST EQUITY BANKCARD SERVICES PO BOX 4477 BEAVERTON, OR 97076-4477** | - | | | **2009/10 GOODS/SERVICES** | | | | **6,960.00** |
| Account No. **867183857RC0001** <br><br> **FLAIR DESIGN INC. 4115 72 AVENUE SE CALGARY, AB. T2C 2G5** | - | | | **4/2010-08/31/10 GOODS/SERVICES** | | | | **11,724.90** |
| Account No. **RD58** <br><br> **FLEX STEEL INDUSTRIES INC. PO BOX 877 DUBUQUE, IA 52004-0877** | - | | | **12/2007-05/2009 GOODS/SERVICES** | | | | **393.57** |
| Account No. **142579** <br><br> **EULER HERMES UMA, INC. 369 PINE STREET SUITE 410 SAN FRANCISCO, CA 94104-3310** | | | | **Representing: FLEX STEEL INDUSTRIES INC.** | | | | **Notice Only** |
| Account No. **825-2299** <br><br> **HIGH SIERRA BUSINESS SYSTEMS 1907 NO. CARSON STREET CARSON CITY, NV 89701** | - | | | **9/2007-12/11/08 GOODS/SERVICES** | | | | **281.23** |

Sheet no. __12__ of __25__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**19,359.70**

B6F (Official Form 6F) (12/07) - Cont.

In re  **BELL FURNITURE, INC.**                                    ,    Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5499-4410-9194-7146**<br><br>**HSBC CARD SERVICES**<br>**P.O. BOX 60119**<br>**CITY OF INDUSTRY, CA 91716-0119** | - | | **2009/10**<br>**GOODS/SERVICES** | | | | **16,300.00** |
| Account No.<br><br>**IMAX WORLDWIDE IMPORTS**<br>**IMAX CORPORATION**<br>**PO BOX 472188**<br>**TULSA, OK 74147** | - | | **5/2010-08/29/10**<br>**GOODS/SERVICES** | | | | **1,162.13** |
| Account No. **113057**<br><br>**INTERLUDE HOME LLC**<br>**25 TREFOIL DRIVE**<br>**TRUMBULL, CT 06611** | - | | **9/2009-08/31/10**<br>**GOODS/SERVICES** | | | | **2,050.00** |
| Account No.<br><br>**IRONWOOD INDUSTRIES**<br>**1106 SOUTH 1680 WEST**<br>**OREM, UT 84058** | - | | **05/2010-08/03/10**<br>**GOODS/SERVICES** | | | | **519.37** |
| Account No.<br><br>**KEY WAREHOUSE - JOE KEY**<br>**8555 DOUBLE R BLVD.**<br>**SUITE 109**<br>**RENO, NV 89511** | - | | **11/2008-08/31/10**<br>**GOODS/SERVICES** | | | | **13,500.00** |

Sheet no. __**13**__ of __**25**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **33,531.50**

B6F (Official Form 6F) (12/07) - Cont.

In re  **BELL FURNITURE, INC.** _____ ,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> KMPM PUBLISHING INC <br> CLEVER! MAGAZINE <br> PO BOX 6031 <br> SPARKS, NV 89432 | - | | 7/04/2009 <br> GOODS/SERVICES | | | | 1,600.00 |
| Account No. **RENOGA** <br><br> KNIGHT BROKERAGE <br> PO BOX 53539 <br> PHOENIX, AZ 85072 | - | | 9/2009-08/13/10 <br> GOODS/SERVICES | | | | 892.20 |
| Account No. <br><br> MARK A. KIRKORSKY, P.C. <br> ATTORNEY AT LAW <br> 4025 SOUTH MCCLINTOCK DRIVE <br> SUITE 208 <br> TEMPE, AZ 85282 | | | Representing: <br> KNIGHT BROKERAGE | | | | Notice Only |
| Account No. **27280** <br><br> KOLO <br> PO BOX 14200 <br> TALLAHASSEE, FL 32317-4200 | - | | 3/2010-09/01/10 <br> GOODS/SERVICES | | | | 16,762.00 |
| Account No. <br><br> L.A.C. TRUCKING <br> 1417 SOUTH EASTERN AVE. <br> COMMERCE, CA 90040 | - | | 06/11/10 <br> GOODS/SERVICES | | | | 900.00 |
| Sheet no. __14__ of __25__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | Subtotal <br> (Total of this page) | | | | 20,154.20 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **BELL FURNITURE, INC.**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **F010460**<br><br>LAZART PRODUCTIONS, INC.<br>PO BOX 1638<br>GAINESVILLE, TX 76241-1638 | - | | **02/2010-05/05/10**<br>**GOODS/SERVICES** | | | | 724.22 |
| Account No.<br><br>LE VEZU, KEVIN AND SUSANNE<br>1296 WOLF RUN ROAD<br>RENO, NV 89511 | - | | **2009-10**<br>**CREDIT CARD MERCHANT TRANSACTION**<br>**OWED FROM VACATION RENTALS** | | | | 11,858.46 |
| Account No. **REN5**<br><br>MAGNUSSEN HOME FURNISHINGS<br>2325 COTTONWOOD AVENUE<br>RIVERSIDE, CA 92508-2309 | | | **02/2010-08/23/10**<br>**GOODS/SERVICES** | | | | 8,417.00 |
| Account No. **153074**<br><br>RECEIVABLES CONTROL CORP.<br>PO BOX 9658<br>MINNEAPOLIS, MN 55440-9658 | | | Representing:<br>**MAGNUSSEN HOME FURNISHINGS** | | | | Notice Only |
| Account No. **5490-9913-0100-8583**<br><br>MBNA MC<br>BANK OF AMERICA<br>PO BOX 15019<br>WILMINGTON, DE 19850-5019 | - | | **2009-10**<br>**GOODS/SERVICES** | | | | 27,999.58 |

Sheet no. __15__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                    48,999.26
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **BELL FURNITURE, INC.**                                          ,        Case No. _____
                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 4/2010-08/01/10 GOODS/SERVICES | | | | |
| MERLES CUSTOM FRAMES LLP 4552 FM 1794 E DE BERRY, TX 75639 | - | | | | | | 449.01 |
| Account No. 1341520000 | | | 03/2010-08/10/10 GOODS/SERVICES | | | | |
| MIDWEST CBK PO BOX 143 UNION CITY, TN 38281 | - | | | | | | 1,988.59 |
| Account No. | | | Representing: MIDWEST CBK | | | | |
| AMERICAN FINANCIAL MGMT. 3715 VENTURA DR ARLINGTON HEIGHTS, IL 60004 | | | | | | | Notice Only |
| Account No. 83063-75883 | | | Representing: MIDWEST CBK | | | | |
| CREDISOLVE PO BOX 48439 MINNEAPOLIS, MN 55448 | | | | | | | Notice Only |
| Account No. 266778 | | | 06/2010-08/24/10 GOODS/SERVICES | | | | |
| MOUNTAIN VALLEY EXPRESS PO BOX 2569 MANTECA, CA 95336 | - | | | | | | 306.00 |

Sheet no. __16__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **2,743.60**

B6F (Official Form 6F) (12/07) - Cont.

In re    **BELL FURNITURE, INC.** _____,    Case No. _____
_____Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**MTN. VALLEY LIVING**<br>**PO BOX 26**<br>**WESTWOOD, CA 96137** | - | | **7/1/2010**<br>**GOODS/SERVICES** | | | | **2,700.00** |
| Account No. **223821**<br><br>**MUZAK OA**<br>**PO BOX 71070**<br>**CHARLOTTE, NC 28272-1070** | - | | **06/2010-09/01/10**<br>**GOODS/SERVICES** | | | | **288.29** |
| Account No. **REN2299**<br><br>**NATURA WORLD INC**<br>**ONE NATURA WAY**<br>**CAMBRIDGE, ON. N3C 0A4** | - | | **1/15/2010**<br>**GOODS/SERVICES** | | | | **37,694.00** |
| Account No.<br><br>**NATURE'S SLEEP LLC**<br>**WERNER MEDIA PARTNERS LLC**<br>**DRAWER #1331**<br>**PO BOX 5935**<br>**FORT LAUDERDALE, FL 33325** | - | | **1/2010-08/17/10**<br>**GOODS/SERVICES** | | | | **5,855.00** |
| Account No.<br><br>**NEXGEL**<br>**123 E. 200 N.**<br>**ALPINE, UT 84004** | - | | **7/2010-09/28/09**<br>**GOODS/SERVICES** | | | | **5,844.00** |

Sheet no. __17__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**52,381.29**

B6F (Official Form 6F) (12/07) - Cont.

In re    **BELL FURNITURE, INC.**                                    ,    Case No. _____
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **16378502** <br><br> **BENNETT LAW** <br> **10542 SOUTH JORDAN GATEWAY** <br> **SUITE 200** <br> **SOUTH JORDAN, UT 84095** | | | Representing: <br> NEXGEL | | | | **Notice Only** |
| Account No. **4312-2810-0043-2360** <br><br> **OFFICE DEPOT VISA** <br> **CARDHOLDER SERVICES** <br> **PO BOX 94014** <br> **PALATINE, IL 60094-4014** | - | | 2009/10 <br> ADD'L ACCT. ENDING 2378 GOODS/SERVICES | | | | **29,945.00** |
| Account No. **0038114** <br><br> **OHIO WHOLESALE INC** <br> **KENNEDY COUNTRY COLLECTIONS** <br> **PO BOX 580** <br> **SEVILLE, OH 44273-0580** | - | | 6/2009-08/01/10 <br> GOODS/SERVICES | | | | **21,950.71** |
| Account No. **89504** <br><br> **ORLEANS FURNITURE, INC.** <br> **POST OFFICE DRAWER 867** <br> **COLUMBIA, MS 39429** | - | | 11/2007-05/03/09 <br> GOODS/SERVICES | | | | **3,194.98** |
| Account No. <br><br> **PACIFIC MAT'L HANDLING** <br> **2730 E. 4TH STREET** <br> **RENO, NV 89512** | - | | 2010 <br> GOODS/SERVICES | | | | **4,868.08** |

Sheet no. __18__ of __25__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **59,958.77**

B6F (Official Form 6F) (12/07) - Cont.

In re  **BELL FURNITURE, INC.** ,                    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. <br><br> **PACIFIC MAT'L HANDLING SOLUTIONS** <br> **3428 ARDEN ROAD** <br> **HAYWARD, CA 94545** | | | | | Representing: <br> **PACIFIC MAT'L HANDLING** | | | | **Notice Only** |
| Account No. <br><br> **PANOS, GUS** <br> **2500 BRIDAL PATH CIR.** <br> **GILROY, CA 95020-9157** | X | - | | | **2008-2010** <br> **LEASE DELINQUENCY FOR 3405 KIETZKE LANE (PROM. NOTE)** | | | | **186,147.01** |
| Account No. **00-0036129** <br><br> **PARK DESIGNS** <br> **PO BOX 635180** <br> **CINCINNATI, OH 45263-9259** | | - | | | **07/30/10** <br> **GOODS/SERVICES** | | | | **374.09** |
| Account No. **NV0006** <br><br> **PHILIP REINISCH COMPANY** <br> **1555 NAPERVILLE/WHEATON ROAD SUITE 116** <br> **NAPERVILLE, IL 60563** | | - | | | **08/02/10** <br> **GOODS/SERVICES** | | | | **800.00** |
| Account No. **0879551-004** <br><br> **PITNEY BOWES GLOBAL FIN. SERV** <br> **PO BOX 371887** <br> **PITTSBURGH, PA 15250-7887** | | - | | | **LEASE ON POSTAGE METER** | | | | **773.64** |

Sheet no. __19__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**188,094.74**

B6F (Official Form 6F) (12/07) - Cont.

In re  **BELL FURNITURE, INC.** _____ ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **8000 9000 0169 8624**<br><br>**PITNEY BOWES PURCHASE POWER**<br>**PO BOX 371874**<br>**PITTSBURGH, PA 15250-7874** | - | | 08/25/10<br>GOODS/SERVICES | | | | 844.12 |
| Account No. **00001028**<br><br>**PLUMAS-LASSEN CONNECTIONS**<br>**PO BOX B**<br>**QUINCY, CA 95971** | - | | 08/26/10<br>GOODS/SERVICES | | | | 1,809.85 |
| Account No. 7758252299<br><br>**PRIVILEGE INTERNATIONAL, INC.**<br>**2419 EAST FIRESTONE BLVD**<br>**SOUTH GATE, CA 90280** | - | | 04/07/10<br>GOODS/SERVICES | | | | 1,600.00 |
| Account No.<br><br>**RADIO INNOVATIONS**<br>**495 APPLE STREET**<br>**SUITE 225**<br>**RENO, NV 89502** | - | | 11/9/2009<br>GOODS/SERVICES | | | | 1,050.00 |
| Account No.<br><br>**SACRAMENTO VALLEY MATTRESS**<br>**4160 14TH AVENUE**<br>**SACRAMENTO, CA 95820** | - | | 12/1/2009<br>GOODS/SERVICES | | | | 11,237.50 |

| Sheet no. __20__ of __25__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 16,541.47 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re  **BELL FURNITURE, INC.** _____,    Case No. _____

_____Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5121-0796-8759-0940** <br><br> **SEARS CREDIT CARDS** <br> **PO BOX 688957** <br> **DES MOINES, IA 50368-8957** | - | | | | **2009-10** <br> **GOODS/SERVICES** | | | | 7,355.00 |
| Account No. **5121-0719-2889-2193** <br><br> **SEARS MASTERCARD** <br> **PO BOX 68957** <br> **DES MOINES, IA 50368-8957** | - | | | | **2009/10** <br> **GOODS/SERVICES** | | | | 7,081.00 |
| Account No. <br><br> **SIERRA NEVADA MEDIA GROUP** <br> **PO BOX 1888** <br> **CARSON CITY, NV 89702** | - | | | | **09/23/09** <br> **GOODS/SERVICES** | | | | 26,014.90 |
| Account No. **302492** <br><br> **SIMMONS MANUFACTURING CO.** <br> **PO BOX 945655** <br> **ATLANTA, GA 30394-5655** | - | | | | **1/2010-08/29/10** <br> **GOODS/SERVICES** | | | | 47,763.20 |
| Account No. **4246-3151-4170-5127** <br><br> **SOUTHWEST CHASE VISA** <br> **BANKCARD SERVICES** <br> **PO BOX 94014** <br> **PALATINE, IL 60094-4014** | - | | | | **2009-10** <br> **GOODS/SERVICES** | | | | 14,103.07 |

Sheet no. __**21**__ of __**25**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

102,317.17

B6F (Official Form 6F) (12/07) - Cont.

In re   **BELL FURNITURE, INC.**                                              ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **0798321**<br><br>**SPI - SPAN PACIFIC INT'L**<br>**377 SWIFT AVE**<br>**SO. SAN FRANCISCO, CA 94080** | | - | | 04/20/10<br>**GOODS/SERVICES** | | | | 490.71 |
| Account No. **109617**<br><br>**SPRING AIR LLC**<br>**402 WEST 300 NORTH**<br>**SALT LAKE CITY, UT 84103** | | - | | 04/2010-08/31/10<br>**GOODS/SERVICES** | | | | 4,887.75 |
| Account No. **4352-3717-0434-6718**<br><br>**TARGET NATIONAL BANK**<br>**PO BOX 59317**<br>**MINNEAPOLIS, MN 55459-0317** | | - | | 2009/10<br>**GOODS/SERVICES** | | | | 4,467.17 |
| Account No.<br><br>**TEAK WEST COLLECTIONS LLC**<br>**3435 RIDGECREST DR**<br>**RENO, NV 89512-1443** | | - | | 08/31/10<br>**GOODS/SERVICES** | | | | 28,023.00 |
| Account No.<br><br>**TIFFANY'S GALLERY**<br>**PO BOX 18634**<br>**RENO, NV 89511** | | - | | 2010<br>**GOODS/SERVICES** | | | | 4,069.00 |

Sheet no. __22__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       41,937.63

B6F (Official Form 6F) (12/07) - Cont.

In re    **BELL FURNITURE, INC.** _____,    Case No. _____

_____Debtor_____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **REN103** <br><br> **TRI-CONTINENTAL TRUCK BROKER** <br> **PO BOX 1621** <br> **SCOTTSDALE, AZ 85252** | - | | **6/2/2009** <br> **GOODS/SERVICES** | | | | **869.00** |
| Account No. **127098-30977** <br><br> **RANDALL & RICHARDS, INC** <br> **5151 EAST BROADWAY BLVD** <br> **SUITE 800** <br> **TUCSON, AZ 85711** | | | Representing: <br> **TRI-CONTINENTAL TRUCK BROKER** | | | | **Notice Only** |
| Account No. **4388-5760-2417-8496** <br><br> **UNITED MILEAGE VISA** <br> **BANKCARD SERVICES** <br> **PO BOX 94014** <br> **PALATINE, IL 60094-4014** | - | | **2009/10** <br> **GOODS/SERVICES** | | | | **11,500.00** |
| Account No. **4246-3151-5875-8696** <br><br> **UNITED MILEAGE VISA** <br> **BANKCARD SERVICES** <br> **PO BOX 94014** <br> **PALATINE, IL 60094-4014** | - | | **2009/10** <br> **GOODS/SERVICES** | | | | **14,333.00** |
| Account No. **5803** <br><br> **UNIVISION KRNV-KNVV-TV** <br> **FILE 50616** <br> **LOS ANGELES, CA 90074-0616** | - | | **08/12/08** <br> **GOODS/SERVICES** | | | | **10,480.00** |

Sheet no. __23__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**37,182.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **BELL FURNITURE, INC.** _____ ,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **60873** <br><br> **UPPER DECK LTD.** <br> **10 PEQUOD ROAD** <br> **FAIRHAVEN, MA 02719** | - | | 05/03/10 <br> GOODS/SERVICES | | | | 498.00 |
| Account No. **1035113** <br><br> **VINTAGE EDITION INC** <br> **88 BUFF LANE** <br> **TAYLORSVILLE, NC 28681** | - | | 05/2010-08/30/10 <br> GOODS/SERVICES | | | | 594.95 |
| Account No. <br><br> **WASHBURN PROPERTIES** <br> **MARGOT H. WASHBURN** <br> **2486 VALLECITOS COURT** <br> **LA JOLLA, CA 92037** | - | | 2009-10 <br> LEASE DELINQUENCY THROUGH 9/2010, PLUS REAL PROPERTY TAXES AND SEWER ASSESSMENTS | | | | 277,056.36 |
| Account No. **5474-6490-0055-7330** <br><br> **WELLS FARGO BANK** <br> **BUSINESSLINE** <br> **PO BOX 54349** <br> **LOS ANGELES, CA 90054-0349** | - | | LOAN/GOODS/SERVICES | | | | 35,306.38 |
| Account No. <br><br> **WWIII CREATIVE SVC** <br> **2060 SCHARR CIR.** <br> **RENO, NV 89509** | - | | 2/2010-08/16/10 <br> GOODS/SERVICES | | | | 52,219.55 |

| | | |
|---|---|---|
| Sheet no. __24__ of __25__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal <br> (Total of this page) | 365,675.24 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **BELL FURNITURE, INC.**                                          ,    Case No. _____
                                           Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **R09260** | | | | **7/2008-08/01/10** **GOODS/SERVICES (LEASED SIGNAGE)** | | | | |
| **YESCO** **PO BOX 11676** **TACOMA, WA 98411-6676** | - | | | | | | | |
| | | | | | | | | 38,382.00 |
| Account No. | | | | **03/18/10** **GOODS/SERVICES** | | | | |
| **ZOCALO** **3450 3RD STREET** **BLDG 1, SUITE C** **SAN FRANCISCO, CA 94124** | - | | | | | | | |
| | | | | | | | | 2,158.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __25__ of __25__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | 40,540.00 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 2,084,729.01 |

B6G (Official Form 6G) (12/07)

In re   **BELL FURNITURE, INC.**                      ,       Case No. _____

                                     Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **GUS PANOS**<br>**2500 BRIDAL PATH CIR.**<br>**GILROY, CA 95020-9157** | **RENO GALLERY OF FURNITURE NON-RESIDENTIAL REAL PROPERTY LEASE: DATED 1/3/03, AMENDED 8/1/2010; EXPIRING 7/31/05; CURRENT RENT $14,500/MO.; SECURITY $14,500; LOCATION:  3405 KIETZKE LANE, RENO, NV** |
| **LEWIS RETAIL CENTERS**<br>**1380 GREG STREET, SUITE 231**<br>**SPARKS, NV 89431** | **MATTRESS WORLD #2 NON-RESIDENTIAL REAL PROPERTY LEASE:  DATED 8/3/05, STARTING 10/1/09, EXPIRING SEPTEMBER 30, 2011; CURRENT RENT $8,000/MO.; CAM $2,000/MO.; SECURITY DEPOSIT $24,500; LOCATION:  1151 STEAMBOAT PARKWAY, RENO, NV** |
| **MARGOT H. WASHBURN**<br>**2486 VALLECITOS COURT**<br>**LA JOLLA, CA 92037** | **RENO GALLERY OF FURNITURE SUPERSTORE NON-RESIDENTIAL REAL PROPERTY LEASE: DATED 11/1/06, EXPIRING 10/31/11; CURRENT RENT $30,400/MO.; SECURITY $31,200; LOCATION:  115 E. MOANA LANE, RENO, NV** |
| **OLIVER REALTY, LLC**<br>**1350 BAYSHORE HWY**<br>**SUITE 900**<br>**BURLINGAME, CA 94010** | **MATTRESS WORLD #1 NON-RESIDENTIAL REAL PROPERTY LEASE:  DATED 3/15/01, EXPIRING 4/20/11; CURRENT RENT $8,000/MO.; LOCATION: 3375 KIETZKE LANE, RENO, NV; PERSONAL GUARANTY:  RICHARD, MARK AND CLAUDIA BELL** |
| **PITNEY BOWES GLOBAL FINANCIAL SERVICES**<br>**PO BOX 371887**<br>**PITTSBURGH, PA 15250-7887** | **LEASE OF POSTAGE MACHINE** |
| **YOUNG ELECTRIC SIGN CO.**<br>**775 E. GLENDALE AVENUE**<br>**SPARKS, NV 89431** | **SIGNAGE LEASE(S)** |

**0**
___ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re    **BELL FURNITURE, INC.**                                    ,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **MARK AND MARY BELL**<br>**735 ICARUS**<br>**RENO, NV 89512** | **U.S. BANK**<br>**COMMERCIAL LOAN**<br>**PO BOX 790401**<br>**SAINT LOUIS, MO 63179-0401** |
| **MARK AND RICHARD BELL**<br>**3405 KIETZKE LANE**<br>**RENO, NV 89502** | **PANOS, GUS**<br>**2500 BRIDAL PATH CIR.**<br>**GILROY, CA 95020-9157** |
| **RICHARD & CLAUDIA BELL**<br>**4095 RIO POCO**<br>**RENO, NV 89502** | **U.S. BANK**<br>**COMMERCIAL LOAN**<br>**PO BOX 790401**<br>**SAINT LOUIS, MO 63179-0401** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Nevada

In re    **BELL FURNITURE, INC.**

Debtor(s)

Case No. _____

Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the PRESIDENT of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**38**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **September 27, 2010**

Signature    **/s/ MARK BELL**

**MARK BELL**
**PRESIDENT**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## District of Nevada

In re **BELL FURNITURE, INC.**

Debtor(s)

Case No.

Chapter **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$5,749,217.72** | **2008 GROSS RECEIPTS** |
| **$4,585,231.05** | **2009 GROSS RECEIPTS** |
| **$2,478,333.20** | **2010 YTD (THROUGH 8/31/10) GROSS RECEIPTS** |

---

### 2. Income other than from employment or operation of business

None ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT          SOURCE

### 3. Payments to creditors

None
■

***Complete a. or b., as appropriate, and c.***

    a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850[*].  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **WASHBURN PROPERTIES MARGOT H. WASHBURN 2486 VALLECITOS COURT LA JOLLA, CA 92037** | **9/17/2010** | **$10,000.00** | **$277,056.36** |
| **U.S. BANK COMMERCIAL LOAN PO BOX 790401 SAINT LOUIS, MO 63179-0401** | **MONTHLY 7/1, 8/1, 9/1 $3,079 EA.** | **$9,237.00** | **$49,801.83** |

None
■

    c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **MARGOT WASHBURN v. BELL FURNITURE, INC.** | **EVICTION NOTICE ONLY** | **2JDC, WASHOE COUNTY, RENO, NEVADA (EVICTION ORDER/CASE UNFILED)** | **PENDING** |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

[*] Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ■  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ■  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ■  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

4

**9.  Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| THE LAW OFFICES OF ALAN R. SMITH 505 RIDGE STREET RENO, NV 89501-1719 | 9/3/2010 ($3,000); 9/27/2010 ($10,000) | $13,000 |

**10.  Other transfers**

None
☐

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| SALVADOR RUIZ 1480 LA FRANCE LANE RENO, NV 89501  NONE | 4/18/2010 | SOLD 2004 Chev Pickup (Plow) on 4-18-10 for $15,800 |
| EAGLE AUTO AUCTION ROBERT ZEKO EAGLE, ID  NONE | 7/17/2010 | SOLD 2005 FORD EXCURSION for $18,700 |
| GREG MOORE 813 AMADOR COURT CARSON CITY, NV 89706  NONE | 3/20/2010 | SOLD 2000 Ford Taurus for $2,000 |
| CONSIGN FURNITURE OF RENO 500 E. MOANA LANE RENO, NV 89509  NONE | 3/12/2010 | SOLD 2003 GMC DIESEL DURAMAX C4500 for $8,000 |

None
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

5

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
☐

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| STRONG McPHERSON, CPA<br>5865 TYRONE ROAD<br>SUITE 102<br>RENO, NV 89502 | 5/31/10-9/15/2010: OFFICE FURNISHINGS CONVEYED FOR PAYMENT OF OUTSTANDING ACCOUNTING FEES | $3,500 APPROX. FMV OF FURNISHINGS TO SATISFY $3,469.97 IN DEBT |

**14. Property held for another person**

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| ALPHA OMEGA<br>PO BOX 1781<br>GRASS VALLEY, CA 95945 | HOME FURNISHINGS: 6' ROUND TABLE, BENCHES, WHEEL BENCH, WALKING STICKS, AND WW WHEEL VALUED AT $21,608 RETAIL | RENO GALLERY OF FURNITURE |
| TEAK WEST COLLECTIONS<br>3435 RIDGECREST DRIVE<br>RENO, NV 89512 | INDIAN STATUE VALUED AT $1,299 RETAIL | RENO GALLERY OF FURNITURE |
| BECK CONSTRUCTION<br>PO BOX 3504<br>TRUCKEE, CA 96160 | COFFEE TABLE, PINE COAT WALL RACKS, SOFA TABLE, VALUED AT $899 | RENO GALLERY OF FURNITURE |
| CONNIE LAVIDSON<br>4445 COBRA<br>SPARKS, NV 89431 | ANTIQUE COKE DISPENSING MACHINE VALUED AT $4,999 RETAIL | RENO GALLERY OF FURNITURE |
| CASA BLANCA FURNISHINGS<br>1125 N. STANFORD AVENUE<br>UNIT B<br>LOS ANGELES, CA 90059 | CASA BLANCA MERCHANDISE VALUED AT $4,820 | RENO GALLERY OF FURNITURE |

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

7

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **RENO GALLERY OF FURNITURE** | **88-0218160** | **115 E. MOANA LANE RENO, NV 89502** | **RETAIL FURNITURE SALES** | **2006-PRESENT** |
| **RENO GALLERY OF FURNITURE** | **88-0218160** | **3652 SO. VIRGINIA STREET RENO, NV 89502** | **RETAIL FURNITURE SALES** | **1988-2007** |
| **RENO GALLERY OF FURNITURE** | **88-0218160** | **3405 KIETZKE LANE RENO, NV 89502** | **RETAIL FURNITURE SALES** | **1/2003-PRESENT** |
| **MATTRESS WORLD #1** | **88-0218160** | **3375 KIETZKE LANE RENO, NV 89502** | **RETAIL FURNITURE SALES** | **3/2001-PRESENT** |
| **MATTRESS WORLD #2** | **88-0218160** | **1151 STEAMBOAT PARKWAY RENO, NV 89501** | **RETAIL FURNITURE SALES** | **10/2006-PRESENT** |

None     b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None  ☐   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| **LeANN MOORE 515 TINA COURT SPARKS, NV 89436** | **MAY, 2010-PRESENT** |
| **MARK BELL** | **1986-PRESENT** |
| **CYNTHIA FRISCH 415 CREEKSIDE LANE LITITZ, PA 17543** | **2008-MAY 2010** |
| **DANIEL STRONG STRONG MC PHERSON & CO. 5865 TYRONE ROAD SUITE  102 RENO, NV 89502** | **2000-PRESENT** |

None  ☐   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|------|------|
| **WORKER COMP AUDITS** | | **ANNUALLY** |

8

None    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
☐        of the debtor. If any of the books of account and records are not available, explain.

NAME                                                              ADDRESS
**STRONG MC PHERSON**                                            **5865 Tyrone Road**
                                                                 **Suite 102**
                                                                 **RENO, NV 89502**

None    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
■        issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                                  DATE ISSUED

---

**20. Inventories**

None    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
☐        and the dollar amount and basis of each inventory.

|                            |                        | DOLLAR AMOUNT OF INVENTORY |
|                            |                        | (Specify cost, market or other basis) |
| DATE OF INVENTORY          | INVENTORY SUPERVISOR   |  |
| **8/31/2010**              | **RICHARD BELL**       | **$443,613 COST** |
| **12/31/2009**             | **RICHARD BELL**       | **$576,826 COST** |

None    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.
☐

|                            | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY |
|                            | RECORDS |
| DATE OF INVENTORY          |  |
| **8/31/2010**              | **BELL FURITURE** |
| **12/31/2009**             | **BELL FURNITURE** |

---

**21 . Current Partners, Officers, Directors and Shareholders**

None    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
■

NAME AND ADDRESS                          NATURE OF INTEREST                 PERCENTAGE OF INTEREST

None    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
☐        controls, or holds 5 percent or more of the voting or equity securities of the corporation.

|                         |                             | NATURE AND PERCENTAGE |
|                         |                             | OF STOCK OWNERSHIP |
| NAME AND ADDRESS        | TITLE                       |  |
| **MARK BELL**           | **PRESIDENT**               | **33-1/3% STOCK OWNERSHIP** |
| **735 ICARUS COURT**    |                             |  |
| **RENO, NV 89512**      |                             |  |
| **RICHARD BELL**        | **TREASURER, SECRETARY**    | **33-1/3% STOCK OWNERSHIP** |
| **4095 RIO POCO**       |                             |  |
| **RENO, NV 89502**      |                             |  |
| **CLAUDIA BELL**        | **DIRECTOR**                | **33-1/3% STOCK OWNERSHIP** |
| **4095 RIO POCO**       |                             |  |
| **RENO, NV 89502**      |                             |  |

---

### 22 . Former partners, officers, directors and shareholders

None
■

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None
■

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

---

### 23 . Withdrawals from a partnership or distributions by a corporation

None
☐

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **MARK BELL** | **PRIOR 12 MONTHS PAYROLL** | **$10,343.37** |
| **SHAREHOLDER, OFFICER, EMPLOYEE** | | |
| **CLAUDIA BELL** | **PRIOR 12 MONTHS PAYROLL** | **$22,253.27** |
| **SHAREHOLDER, DIRECTOR AND EMPLOYEE** | | |
| **RICHARD BELL** | **PRIOR 12 MONTHS PAYROLL** | **$22,253.27** |
| **SHAREHOLDER, OFFICER AND EMPLOYEE** | | |
| **DAVID M. BELL** | **PRIOR 12 MONTHS PAYROLL** | **$60,340.74** |
| **SON, RICHARD AND CLAUDIA BELL** | | |
| **JENNIFER HERK** | **JAN. 1, 2010-PRESENT** | **$11,893.46** |
| **RICHARD BELL'S DAUGHTER** | | |
| **DAVID M. BELL, II** | **PRIOR 12 MONTHS PAYROLL** | **$18,262.87** |
| **RICHARD/CLAUDIA'S GRANDSON** | | |
| **BENJAMIN BELL** | **PRIOR 12 MONTHS PAYROLL** | **$6,992.50** |
| **RICHARD/CLAUDIA'S GRANDSON** | | |
| **CLAUDIA BELL** | **PRIOR 12 MONTHS REIMBURSEMENT FOR VACATION RENTAL INCOME** | **$19,665.91** |
| **SHAREHOLDER, DIRECTOR, EMPLOYEE** | **(RENTAL TRANSACTIONS WERE PROCESSED THROUGH BELL FURNITURE MERCHANT CREDIT CARD ACCOUNT, THEN PAID TO RECIPIENT)** | |
| **BELL, MARK**<br>**735 ICARUS**<br>**RENO, NV 89512**<br>**SHAREHOLDER, OFFICER, EMPLOYEE** | **PRIOR 12 MONTHS REIMBURSEMENT FOR VACATION RENTAL INCOME (RENTAL TRANSACTIONS WERE PROCESSED THROUGH BELL FURNITURE MERCHANT CREDIT CARD ACCOUNT, THEN PAID TO RECIPIENT)** | **$86,453.79** |

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                                                 TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                                                        TAXPAYER IDENTIFICATION NUMBER (EIN)

11

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **September 27, 2010**                    Signature    **/s/ MARK BELL**
                                                              **MARK BELL**
                                                              **PRESIDENT**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## District of Nevada

In re    **BELL FURNITURE, INC.**                                                                                    Case No.

Debtor(s)                    Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 13,000.00 |
| Prior to the filing of this statement I have received | $ | 13,000.00 |
| Balance Due | $ | 0.00 |

2.    $    **1,039.00**    of the filing fee has been paid.

3.    The source of the compensation paid to me was:

☑ Debtor        ☐ Other (specify):

4.    The source of compensation to be paid to me is:

☑ Debtor        ☐ Other (specify):

5.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.    Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.    [Other provisions as needed]

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **September 27, 2010**                          **/s/ ALAN R. SMITH, ESQ.**
                                                          **ALAN R. SMITH, ESQ.**
                                                          **THE LAW OFFICES OF ALAN R. SMITH**
                                                          **505 RIDGE STREET**
                                                          **RENO, NV 89501-1719**
                                                          **(775) 786-4579  Fax: (775) 786-3066**
                                                          **mail@asmithlaw.com**

---

# United States Bankruptcy Court
## District of Nevada

In re    **BELL FURNITURE, INC.**                                  ,     Case No. _____

                                       Debtor

Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **MARK BELL**<br>**735 ICARUS COURT**<br>**RENO, NV 89512** | | **33-1/3%** | **SHAREHOLDER** |
| **RICHARD AND CLAUDIA BELL**<br>**4095 RIO POCO**<br>**RENO, NV 89502** | | **66-2/3% (33-1/3 EACH)** | **SHAREHOLDER** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the PRESIDENT of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date ____ **September 27, 2010** _____      Signature **/s/ MARK BELL** _____

                                                    **MARK BELL**<br>                                                    **PRESIDENT**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§  152 and 3571.

<u>**0**</u>  continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## District of Nevada

In re   **BELL FURNITURE, INC.**

Debtor(s)

Case No.

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the PRESIDENT of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **September 27, 2010**

**/s/ MARK BELL**

**MARK BELL/PRESIDENT**
Signer/Title

BELL FURNITURE, INC.
3405 KIETZKE LANE
RENO, NV 89502

ALAN R. SMITH, ESQ.
THE LAW OFFICES OF ALAN R. SMITH
505 RIDGE STREET
RENO, NV 89501-1719

INTERNAL REVENUE SERVICE
STOP 5028
110 CITY PARKWAY
LAS VEGAS, NV 89106

NEVADA DEPT TAXATION
P.O. BOX 52685
PHOENIX, AZ 85072-2674

NEVADA EMPLOYMENT SEC
500 E. THIRD STREET
CARSON CITY, NV 89713-0030

NV DEPT OF MOTOR VEHICLES
BANKRUPTCY SECTION
555 WRIGHT WAY
CARSON CITY, NV 89711

NV LABOR COMMISSION
675 FAIRVIEW LANE, STE 226
CARSON CITY, NV 89710

OFFICE OF THE U.S. TRUSTEE
300 BOOTH STREET, ROOM 2129
RENO, NV 89509

US EPA REGION 9 BKRPTCY CONTACT
LEWIS MALDONADO
OFFICE OF REGIONAL COUNSEL-ORC-3
75 HAWTHORNE ST
SAN FRANCISCO, CA 94105

I.R.S.-BK. PHILADELPHIA
PO BOX 21126
PHILADELPHIA, PA 19114-0326

WASHOE COUNTY TREASURER
PO BOX 30039
RENO, NV 89520-3039

7-C FURNITURE OF NO. CAL
A/C # 3825229
1957 RAILROAD DR
SACRAMENTO, CA 95815

96.3 JACK FM KAJK
A/C # 0283
PO BOX 270478
SUSANVILLE, CA 96127

AB TRANSFER
A/C # RENFG
1260 E. PHILLIPS BLVD
POMONA, CA 91769

ACCESSORIES BY SHERWOOD
A/C # RENO10
25272 LEER DR
ELKHART, IN 46514

AISHNI HOME FURNISHINGS
2407 ROSEMEAD BLVD
SOUTH EL MONTE, CA 91733

ALLEGRA PRINT AND IMAGING
A/C # 2680
5301 LONGLEY LANE
SUITE 47
RENO, NV 89511

AMERICAN FINANCIAL MGMT.
A/C # 1341520000
3715 VENTURA DR
ARLINGTON HEIGHTS, IL 60004

AT&T ADVERTISING
A/C # 8103048888-00800-85
PO BOX 989046
WEST SACRAMENTO, CA 95798-9046

AT&T ADVERTISING SOLUTIONS
A/C # 8222426899-00000-6
PO BOX 989046
WEST SACRAMENTO, CA 95798-9046

BANK OF AMERICA
A/C # 6818-0212-656399
PO BOX 30750
LOS ANGELES, CA 90030-0750

BANK OF AMERICA
A/C # 5490-9913-0100-8583
PO BOX 15019
WILMINGTON, DE 19886-5102

BANK OF AMERICA
A/C # 4024-4910-0003-0747
PO BOX 15710
WILMINGTON, DE 19886-5710

```
BANK OF AMERICA
A/C # 4024-4980-0001-8515
PO BOX 15731
WILMINGTON, DE 19886-5731

BANK OF AMERICA MC
A/C # 5490-9901-6800-9981
PO BOX 301200
LOS ANGELES, CA 90030-1200

BANKCARD SERVICES
A/C # 4246-3151-4170-5127
PO BOX 94014
PALATINE, IL 60094-4014

BELL, CLAUDIA
4095 RIO POCO
RENO, NV 89502

BELL, CLAUDIA AND RICHARD
4095 RIO POCO
RENO, NV 89502

BELL, MARK
735 ICARUS
RENO, NV 89512

BELL, RICHARD
4095 RIO POCO
RENO, NV 89502

BELLA FURNITURE
A/C # RENGAL
6857 SUVA STREET
BELL GARDENS, CA 90201

BENNETT LAW
A/C # 16378502
10542 SOUTH JORDAN GATEWAY
SUITE 200
SOUTH JORDAN, UT 84095

C.H. ROBINSON WORLDWIDE, INC.
A/C # C5019711
700 SMITHRIDGE DRIVE
SUITE 201A & 202A
RENO, NV 89502-3558

CAMBRIDGE COLLECTION
A/C # 7758252299
3089 SOUTH 300 WEST
SALT LAKE CITY, UT 84115
```

CAPITAL ONE BANK
A/C # 4802-1370-9954-5743
PO BOX 60599
CITY OF INDUSTRY, CA 91716-0599

CARDMEMBER SERVICES
A/C # 4312-2810-0043-2360
PO BOX 94014
PALATINE, IL 60094-4014

CHASE AAA VISA
A/C # 4332-3762-0001-2107
CARDMEMBER SERVICES
PO BOX 94014
PALATINE, IL 60094-4014

CHASE MASTERCARD
A/C # 5179-4546-0001-0642
CARDMEMBER SERVICES
PO BOX 94014
PALATINE, IL 60094-4014

CHASE SOUTHWEST CARD
A/C # 4417-1630-2315-9473
CARDMEMBER SERVICES
PO BOX 94014
PALATINE, IL 60094-4014

CHASE VISA
A/C # 4417-1229-6200-4348
CARDMEMBER SERVICES
PO BOX 94014
PALATINE, IL 60094-4014

CHERRY CREEK RADIO, LLC
A/C # 53444
PO BOX 11101
ZEPHYR COVE, NV 89448

CITY OF RENO
C/O ATB SERVICES
PO BOX 26364
COLORADO SPRINGS, CO 80936

COAST LAMP MFG INC.
PO BOX 887
CANTON, NC 28716

COMMUNITY INK, INC
PO BOX 9404
TRUCKEE, CA 96162

CREATIVE CO-OP
A/C # 001453
PO BOX 415000
NASHVILLE, TN 37241-5000

CREDISOLVE
A/C # 83063-75883
PO BOX 48439
MINNEAPOLIS, MN 55448

CRESTVIEW COLLECTIONS
A/C # CRRE2299
5768 DISTRIBUTION DRIVE
MEMPHIS, TN 38141

CROSS CHECK
A/C # 239671
PO BOX 6008
PETALUMA, CA 94955-6008

DALIN ENTERPRISES
2215-B S. WENTWORTH
CHICAGO, IL 60616

DALYN RUG COMPANY
A/C # 21286
PO BOX 1031
DALTON, GA 30722-1031

DECORATOR & CRAFT CORP
A/C # REG025 10989
428 S. ZETA
WICHITA, KS 67207

DELTA FIRE SYSTEMS, INC
A/C # 20-REGAFU
1507 SOUTH PIONEER ROAD
PO BOX 26587
SALT LAKE CITY, UT 84126-0587

DENNIS EAST INTERNATIONAL, LLC
A/C # 0034115
221 WILLOW STREET
YARMOUTH PORT, MA 02675

DISCOVER
A/C # 6011-0012-5882-1349
PO BOX 29033
PHOENIX, AZ 85038-9033

ECHO GLOBAL LOGISTICS, INC.
A/C # E46088
22168 NETWORK PLACE
CHICAGO, IL 60673-1221

ELITE COLECTION INC DBA VERANDAH HOME
A/C # RENO8950200
250 CHASTAIN ROAD
SUITE 150
KENNESAW, GA 30144

ELITE/AMERICAN FURNITURE
A/C # RGF
785 EAST HARRISON STREET
CORONA, CA 92879-1350

EULER HERMES UMA, INC.
A/C # 142579
369 PINE STREET
SUITE 410
SAN FRANCISCO, CA 94104-3310

EVERGREEN ENTERPRISES, INC.
A/C # 352799
PO BOX 890006
CHARLOTTE, NC 28289-0006

FEATHER PUBLISHING CO. INC
A/C # 1620
PO BOX B
QUINCY, CA 95971

FIRST EQUITY
A/C # 7682-0030-0033-7612
BANKCARD SERVICES
PO BOX 4477
BEAVERTON, OR 97076-4477

FLAIR DESIGN INC.
A/C # 867183857RC0001
4115 72 AVENUE SE
CALGARY, AB. T2C 2G5

FLEX STEEL INDUSTRIES INC.
A/C # RD58
PO BOX 877
DUBUQUE, IA 52004-0877

FOCUS RECEIVABLES MGMT GROUP
A/C # 8222426899-00000-6
1130 NORTHCASE PARKWAY
SUITE 150
MARIETTA, GA 30067

FORD MOTOR CREDIT
A/C # 42285795
PO BOX 790093
SAINT LOUIS, MO 63179-0093

GMAC
A/C # 024-9098-88463
PO BOX 9001948
LOUISVILLE, KY 40290-1948

GREENSPAN & DOUGLAS
A/C # E46088
2921 E. FT. LOWELL ROAD
SUITE 113
TUCSON, AZ 85716

GUS PANOS
2500 BRIDAL PATH CIR.
GILROY, CA 95020-9157

HIGH SIERRA BUSINESS SYSTEMS
A/C # 825-2299
1907 NO. CARSON STREET
CARSON CITY, NV 89701

HSBC CARD SERVICES
A/C # 5499-4410-9194-7146
P.O. BOX 60119
CITY OF INDUSTRY, CA 91716-0119

IMAX WORLDWIDE IMPORTS
IMAX CORPORATION
PO BOX 472188
TULSA, OK 74147

INTERLUDE HOME LLC
A/C # 113057
25 TREFOIL DRIVE
TRUMBULL, CT 06611

IRONWOOD INDUSTRIES
1106 SOUTH 1680 WEST
OREM, UT 84058

KEY WAREHOUSE - JOE KEY
8555 DOUBLE R BLVD.
SUITE 109
RENO, NV 89511

KMPM PUBLISHING INC
CLEVER! MAGAZINE
PO BOX 6031
SPARKS, NV 89432

KNIGHT BROKERAGE
A/C # RENOGA
PO BOX 53539
PHOENIX, AZ 85072

KOLO
A/C # 27280
PO BOX 14200
TALLAHASSEE, FL 32317-4200

L.A.C. TRUCKING
1417 SOUTH EASTERN AVE.
COMMERCE, CA 90040

LAZART PRODUCTIONS, INC.
A/C # F010460
PO BOX 1638
GAINESVILLE, TX 76241-1638

LE VEZU, KEVIN AND SUSANNE
1296 WOLF RUN ROAD
RENO, NV 89511

LEWIS RETAIL CENTERS
1380 GREG STREET, SUITE 231
SPARKS, NV 89431

M.C.A.
A/C # 1754070
17055 FRANCIS STREET
OMAHA, NE 68130

MAGNUSSEN HOME FURNISHINGS
A/C # REN5
2325 COTTONWOOD AVENUE
RIVERSIDE, CA 92508-2309

MARGOT H. WASHBURN
2486 VALLECITOS COURT
LA JOLLA, CA 92037

MARK A. KIRKORSKY, P.C.
A/C # RENOGA
ATTORNEY AT LAW
4025 SOUTH MCCLINTOCK DRIVE
SUITE 208
TEMPE, AZ 85282

MARK AND MARY BELL
735 ICARUS
RENO, NV 89512

MARK AND RICHARD BELL
3405 KIETZKE LANE
RENO, NV 89502

MARK BELL
735 ICARUS COURT
RENO, NV 89512

```
MBNA MC
A/C # 5490-9913-0100-8583
BANK OF AMERICA
PO BOX 15019
WILMINGTON, DE 19850-5019

MERLES CUSTOM FRAMES LLP
4552 FM 1794 E
DE BERRY, TX 75639

MIDWEST CBK
A/C # 1341520000
PO BOX 143
UNION CITY, TN 38281

MOUNTAIN VALLEY EXPRESS
A/C # 266778
PO BOX 2569
MANTECA, CA 95336

MTN. VALLEY LIVING
PO BOX 26
WESTWOOD, CA 96137

MUZAK OA
A/C # 223821
PO BOX 71070
CHARLOTTE, NC 28272-1070

NATURA WORLD INC
A/C # REN2299
ONE NATURA WAY
CAMBRIDGE, ON. N3C 0A4

NATURE'S SLEEP LLC
WERNER MEDIA PARTNERS LLC
DRAWER #1331
PO BOX 5935
FORT LAUDERDALE, FL 33325

NEXGEL
123 E. 200 N.
ALPINE, UT 84004

NORMAN & ASSOCIATES
A/C # 44257
1350 UNION HILL ROAD
ALPHARETTA, GA 30004-5655

OFFICE DEPOT VISA
A/C # 4312-2810-0043-2360
CARDHOLDER SERVICES
PO BOX 94014
PALATINE, IL 60094-4014
```

OHIO WHOLESALE INC
A/C # 0038114
KENNEDY COUNTRY COLLECTIONS
PO BOX 580
SEVILLE, OH 44273-0580

OLIVER REALTY, LLC
1350 BAYSHORE HWY
SUITE 900
BURLINGAME, CA 94010

ORLEANS FURNITURE, INC.
A/C # 89504
POST OFFICE DRAWER 867
COLUMBIA, MS 39429

PACIFIC MAT'L HANDLING
2730 E. 4TH STREET
RENO, NV 89512

PACIFIC MAT'L HANDLING SOLUTIONS
3428 ARDEN ROAD
HAYWARD, CA 94545

PANOS, GUS
2500 BRIDAL PATH CIR.
GILROY, CA 95020-9157

PARK DESIGNS
A/C # 00-0036129
PO BOX 635180
CINCINNATI, OH 45263-9259

PHILIP REINISCH COMPANY
A/C # NV0006
1555 NAPERVILLE/WHEATON ROAD
SUITE 116
NAPERVILLE, IL 60563

PITNEY BOWES GLOBAL FIN. SERV
A/C # 0879551-004
PO BOX 371887
PITTSBURGH, PA 15250-7887

PITNEY BOWES GLOBAL FINANCIAL SERVICES
PO BOX 371887
PITTSBURGH, PA 15250-7887

PITNEY BOWES PURCHASE POWER
A/C # 8000 9000 0169 8624
PO BOX 371874
PITTSBURGH, PA 15250-7874

PLUMAS-LASSEN CONNECTIONS
A/C # 00001028
PO BOX B
QUINCY, CA 95971

PRIVILEGE INTERNATIONAL, INC.
A/C # 7758252299
2419 EAST FIRESTONE BLVD
SOUTH GATE, CA 90280

QCS QUALIA COLLECTION SERVICE
A/C # 23987-22714
PO BOX 4699
PETALUMA, CA 94955-4699

RADIO INNOVATIONS
495 APPLE STREET
SUITE 225
RENO, NV 89502

RANDALL & RICHARDS, INC
A/C # 127098-30977
5151 EAST BROADWAY BLVD
SUITE 800
TUCSON, AZ 85711

RECEIVABLES CONTROL CORP.
A/C # 153074
PO BOX 9658
MINNEAPOLIS, MN 55440-9658

RECEIVABLES CONTROL CORPORATION
A/C # C5019711
PO BOX 9658
MINNEAPOLIS, MN 55440-9658

RICHARD & CLAUDIA BELL
4095 RIO POCO
RENO, NV 89502

RICHARD AND CLAUDIA BELL
4095 RIO POCO
RENO, NV 89502

ROBERT A. KUMIN P.C.
A/C # 8103048888-00800-85
6901 SHAWNEE MISSION PARKWAY
SUITE 250
MISSION, KS 66202

SACRAMENTO VALLEY MATTRESS
4160 14TH AVENUE
SACRAMENTO, CA 95820

SEARS CREDIT CARDS
A/C # 5121-0796-8759-0940
PO BOX 688957
DES MOINES, IA 50368-8957

SEARS MASTERCARD
A/C # 5121-0719-2889-2193
PO BOX 68957
DES MOINES, IA 50368-8957

SIERRA NEVADA MEDIA GROUP
PO BOX 1888
CARSON CITY, NV 89702

SIMMONS MANUFACTURING CO.
A/C # 302492
PO BOX 945655
ATLANTA, GA 30394-5655

SOUTHWEST CHASE VISA
A/C # 4246-3151-4170-5127
BANKCARD SERVICES
PO BOX 94014
PALATINE, IL 60094-4014

SPI - SPAN PACIFIC INT'L
A/C # 0798321
377 SWIFT AVE
SO. SAN FRANCISCO, CA 94080

SPRING AIR LLC
A/C # 109617
402 WEST 300 NORTH
SALT LAKE CITY, UT 84103

TARGET NATIONAL BANK
A/C # 4352-3717-0434-6718
PO BOX 59317
MINNEAPOLIS, MN 55459-0317

TEAK WEST COLLECTIONS LLC
3435 RIDGECREST DR
RENO, NV 89512-1443

TIFFANY'S GALLERY
PO BOX 18634
RENO, NV 89511

TRI-CONTINENTAL TRUCK BROKER
A/C # REN103
PO BOX 1621
SCOTTSDALE, AZ 85252

U.S. BANK
A/C # 00000042
COMMERCIAL LOAN
PO BOX 790401
SAINT LOUIS, MO 63179-0401

UNITED MILEAGE VISA
A/C # 4388-5760-2417-8496
BANKCARD SERVICES
PO BOX 94014
PALATINE, IL 60094-4014

UNIVISION KRNV-KNVV-TV
A/C # 5803
FILE 50616
LOS ANGELES, CA 90074-0616

UPPER DECK LTD.
A/C # 60873
10 PEQUOD ROAD
FAIRHAVEN, MA 02719

VINTAGE EDITION INC
A/C # 1035113
88 BUFF LANE
TAYLORSVILLE, NC 28681

WASHBURN PROPERTIES
MARGOT H. WASHBURN
2486 VALLECITOS COURT
LA JOLLA, CA 92037

WELLS FARGO BANK
A/C # 5474-6490-0055-7330
BUSINESSLINE
PO BOX 54349
LOS ANGELES, CA 90054-0349

WWIII CREATIVE SVC
2060 SCHARR CIR.
RENO, NV 89509

YESCO
A/C # R09260
PO BOX 11676
TACOMA, WA 98411-6676

YOUNG ELECTRIC SIGN CO.
775 E. GLENDALE AVENUE
SPARKS, NV 89431

ZOCALO
3450 3RD STREET
BLDG 1, SUITE C
SAN FRANCISCO, CA 94124

# United States Bankruptcy Court
### District of Nevada

In re    **BELL FURNITURE, INC.**

Debtor(s)

Case No.

Chapter    **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **BELL FURNITURE, INC.**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 27, 2010**

Date

**/s/ ALAN R. SMITH, ESQ.**

**ALAN R. SMITH, ESQ.**

Signature of Attorney or Litigant

Counsel for    **BELL FURNITURE, INC.**

**THE LAW OFFICES OF ALAN R. SMITH**

**505 RIDGE STREET**
**RENO, NV 89501-1719**
**(775) 786-4579 Fax:(775) 786-3066**
**mail@asmithlaw.com**